UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RICHARD C. KENNA,

                             Plaintiff,

      -against-

THE CITY OF NEW YORK, THE METROPOLITAN TRANSPORTATION AUTHORITY, THE LONG ISLAND RAIL ROAD and POLICE OFFICER CHARLES GALLIPOLI, SHIELD #2645, individually and in his Official Capacity, and P.O.'s "JOHN DOE" #1-10, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown),

                            Defendants.
------------------------------------------------------------------X

Docket No. 11-Civ-9683
(NRB)

**NOTICE OF APPEARANCE**

Electronically filed

      **PLEASE TAKE NOTICE,** that I am an associate of the law firm of Bee Ready Fishbein Hatter & Donovan, LLP.  I will be appearing in this matter on behalf of Defendants METROPOLITAN TRANSPORTATION AUTHORITY, LONG ISLAND RAIL ROAD, POLICE OFFICER CHARLES GALLIPOLI, SHIELD #2645, individually and in his official capacity, and P.O.'s "JOHN DOE" #1-10, individually and in their official capacities (the name John Doe being fictitious, as the true names are presently unknown).  I was admitted to practice in this District on September 28, 2007.

Dated:  Mineola, New York
          February 8, 2012

                                          Respectfully submitted,

                                          **BEE READY FISHBEIN HATTER & DONOVAN, LLP**

                                          _____/s/_____
                                          Michael Siravo (MPS 6425)
                                          *Attorneys for Defendants*
                                          170 Old Country Road – Suite 200

        Mineola, NY 11501
        P: 516.746.5599
        F: 516.746.1045
        msiravo@beereadylaw.com
        File no. 6178-1108

TO: **ROBERT W. GEORGES, ESQ.**
*Attorneys for Plaintiff*
299 Broadway, 17th floor
New York, NY 10007
P: 212.710.5166
C: 917.747.6976
rgeorges@georgesesq.com