UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
RICHARD C. KENNA,

                      Plaintiff,

    -against-

THE CITY OF NEW YORK, THE METROPOLITAN TRANSPORTATION AUTHORITY, THE LONG ISLAND RAIL ROAD and POLICE OFFICER CHARLES GALLIPOLI, SHIELD #2645, individually and in his Official Capacity, and P.O.'s "JOHN DOE" #1-10, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown),

                      Defendants.
------------------------------------------------------X

Docket No. 11-Civ-9683 (NRB)

**NOTICE OF APPEARANCE**

        **PLEASE TAKE NOTICE**, that I am a member of the law firm of Bee Ready Fishbein Hatter & Donovan, LLP. I will be appearing in this matter on behalf of Defendants, METROPOLITAN TRANSPORTATION AUTHORITY, LONG ISLAND RAIL ROAD, POLICE OFFICER CHARLES GALLIPOLI, SHIELD #2645, individually and in his official capacity, and P.O.'s "JOHN DOE" #1-10, individually and in their official capacities (the name John Doe being fictitious, as the true names are presently unknown) (collectively, the "Defendants"),. I was admitted to practice in this District on July 28, 2011.

Dated: Mineola, New York
       February 22, 2012

                      Respectfully submitted,

                      BEE READY FISHBEIN HATTER & DONOVAN, LLP

                      Angelo M. Bianco (AMB 2733)
                      *Attorneys for Defendants*
                      170 Old Country Road – Suite 200
                      Mineola, NY 11501
                      (516) 746-5599
                      Fax No.: (516) 746-1045
                      abianco@beereadylaw.com
                      File no. 6178-1108

TO:     **ROBERT W. GEORGES, ESQ.**
        *Attorneys for Plaintiff*
        299 Broadway, 17th floor
        New York, NY 10007
        (212) 710-5166
        cell: (917) 747-6976
        <u>rgeorges@georgesesq.com</u>